## **AFFIDAVIT IN SUPPORT OF REQUEST FOR DETENTION**

I, Task Force Officer Matthew Morrissey, being sworn, depose and state as follows in support of the United States' request for pretrial detention of leaders, members, and associates of the Brockton-based Harvard Street Gang (hereinafter, "HSG") and their Randolph-based affiliates, who are charged in this Court with drug trafficking and/or firearms crimes.[1]

### BACKGROUND ON THE HARVARD STREET GANG

1.  HSG is a neighborhood-based street gang in Brockton, MA, that is actively engaged in large scale drug trafficking, illegal firearms possession, and gang violence, including shootings, murders, money laundering, and witness intimidation. HSG is comprised of over 30 leaders, members, and associates. Over the years, investigators have debriefed numerous sources, including cooperating witnesses and confidential informants, in relation to investigations into HSG. Investigators are aware that HSG members use hand signs, logos, clothing, jewelry, and symbols to indicate their membership and allegiance to HSG. For example, members use a hand sign in the shape of an "H" and a purple text stamp depicting a white "H" on social media. HSG members also pay homage to one of their original drug stash locations, 39 Harvard Street in Brockton, through various references to the number "39." Investigators have seized a diamond-encrusted "39" pendant during the execution of a search warrant in this investigation. Investigators are aware that another HSG member possessed a diamond "H" ring. *(See Appendix A).*

2.  HSG leaders, members, and associates have been involved in feuds and acts of violence against members of other street-level gangs in the Brockton area. Investigators have seen

---

[1] The information contained in this affidavit is based on my own investigation, oral and written reports by other law enforcement officers, prior investigations, physical surveillance, review of photographs, videos, and electronic communications, and other sources.  The word "agent" or "investigator" is used in this affidavit for all federal, state, and local law enforcement officers. The dates and times in this affidavit are approximate. Because this affidavit is submitted for the limited purpose of supporting requests for detention, I have not set forth every fact learned during the investigation or recounted every investigative technique employed.

social media posts and other evidence indicating that HSG is in competition over drug markets with other Brockton-based gangs, such as Perkins Avenue, which has led to gang violence. *(See Appendix B)*.

3.      HSG leaders, members, and associates have used violence against witnesses perceived as cooperating with law enforcement. For example, two HSG members are awaiting trial in federal court for allegedly conspiring to murder two federal prosecutors and a witness associated with a federal case charging one of the members with drug trafficking.

4.      HSG members and associates have been targeted for gang violence, including multiple shootings. For example, in September 2020, HSG members were involved in a shootout outside 39 Harvard Street. One HSG member was hospitalized with multiple gunshot wounds to his abdomen. Police found drugs and firearm evidence inside and outside of 39 Harvard Street, Apartment 2.[2] There have been numerous confirmed shooting incidents targeting other HSG members' homes in Brockton, and some members' homes have been shot up multiple times.

5.      HSG members and associates earn money to support the gang's activities by trafficking in drugs such as fentanyl, cocaine, methamphetamine, and marijuana. They frequently use social media to display large stacks of cash that are the proceeds of drug dealing. *(See Appendix C)*. HSG members and associates use their drug money to buy illegal guns that they use to commit violent crimes, protect their drug trafficking business, and intimidate their rivals.

<u>RECENT PROSECUTIONS OF HSG MEMBERS</u>

6.      The FBI's Metro Boston Gang Task Force ("MBGTF")[3] has been investigating HSG since 2019. During this time, federal and state prosecutors have charged more than 20 leaders,

---

[2] HSG member Lue ANDRADE ("L. ANDRADE") was inside Apartment 2 when police arrived and was indicted on state drug and gun charges. The case was nolle prossed after a motion to suppress evidence was allowed.

[3] The MBGTF is comprised of special agents from the FBI; officers from the Suffolk County Sheriff's Department,

members, and associates of HSG with various drug trafficking and firearm crimes, and agents have seized over 100 kilograms of drugs, including cocaine and fentanyl, and over 45 firearms, including machine guns. The MBGTF identified HSG's California drug supplier, who allegedly shipped multiple kilogram-level quantities of narcotics to HSG members, and is believed to be connected to the Mexican drug cartels. *(See Appendix D).*

7.     Numerous HSG leaders, members, and associates have been convicted of drug trafficking and firearm crimes in federal court because of this investigation.  At least six of them have been sentenced to 10 years or more in federal prison, and one member, who was convicted after trial, was sentenced to 32 years imprisonment. *(See Appendix E).*

<u>BACKGROUND ON RANDOLPH AFFILIATES</u>

8.     The Randolph Police Department has investigated violent offenses committed by specific rival gangs in their town for over a decade. Since June 2014, there have been dozens of back-and-forth shootings attributed to these groups. Randolph PD investigators identified one gang involved in the feud as "No Fair Ones" or "NF1s." NF1s members distribute drugs and maintain access to firearms and large amounts of cash. NF1s originally identified itself using a clothing line named "redrum" (murder spelled backward), and later transitioned to "Stadium," signifying no ceiling to their success. Investigators have seen "Stadium" insignia on various stickers and clothing belonging to drug traffickers throughout this investigation, including HSG members. *(See Appendix F).* The investigation has shown that NF1s and HSG members work cooperatively to distribute drugs throughout the Brockton and Randolph areas.

---

Plymouth County Sheriff's Department, and the Brockton, Boston, Bridgewater, East Bridgewater, Quincy, and Fall River Police Departments; as well as other law enforcement officials. The mission of the MBGTF is to identify, investigate, and disrupt and dismantle violent street gangs operating in Massachusetts.

<u>CURRENT INVESTIGATION OF HSG AND RANDOLPH AFFILIATES</u>

9.      In 2025, the MBGTF, Commonwealth Interstate Narcotics Reduction Enforcement Team ("CINRET"), and the Randolph Police Department began a focused investigation of the drug trafficking activity of Keanu FERNANDES and other leaders, members, and associates of HSG, including Lue ANDRADE, Edmund KELSEY, Kelby CORREIA, Jacob KLAPMAN, and Felipe JONET-BRANCO, as well as Randolph affiliates Giovany FOUYOLLE, Jose MENDES, London COHEN and Adonis GRAHAM.

10.     On December 17, 2025, investigators executed numerous federal search warrants in relation to this investigation, including in Boston, Randolph, Taunton, West Bridgewater, and Brockton, MA, resulting in the seizure of 15 firearms, hundreds of rounds of ammunition, over 50 pounds of marijuana, approximately three kilograms of cocaine, fentanyl, and other drugs, and approximately $38,000 in cash. Below is an image of guns, drugs, and ammunition seized from the various locations on December 17, 2025.



11.     Investigators searched 39 Harvard Street, Apartment 2, and basement.  The search of Apartment 2 revealed that it was being used essentially as a drug factory. Apartment 2 contained

heat sealers, packaging materials, such as baggies, scales, scissors, and bowls, multiple metal lockers and other containers that held over 80 pounds of packaged marijuana, six 16-ounce bottles of promethazine with codeine, and hidden compartments within the walls. The basement of 39 Harvard Street contained three firearms, two of which were high-powered rifles, and dozens of rounds of ammunition.

12.    On February 4, 2026, investigators executed a search warrant at Banks & Brancos, a clothing store located at 828 Crescent Street in Brockton. The store's owner is HSG associate Felipe JONET-BRANCO. *(See Appendix E).* The store sells clothing with the Banks & Brancos logo and various drug-themed designs. Agents have seen HSG members wearing Banks & Brancos clothing throughout the course of the investigation. The investigation also revealed that Banks & Brancos was used for the storage and distribution of drugs.

13.    During the February 4 search at Banks & Brancos, investigators seized 10 firearms, over 35 pounds of apparent marijuana (with packaging), over 200 grams of apparent psilocybin mushrooms, and over $40,000 in cash. Investigators found eight of the firearms, along with large-capacity magazines and several empty bottles of promethazine with codeine, inside a hidden drawer underneath the store's front counter. The guns included a large-caliber rifle and a Glock handgun equipped with a machine gun conversion device.[4] Investigators found another gun hidden inside the store's vending machine and another in plain view in a storage room. Below are photographs of the guns, drugs, and cash investigators seized at Banks & Brancos.

---

[4] A machine gun conversion device is designed to convert a semi-automatic pistol into a fully automatic firearm, capable of discharging multiple rounds of ammunition with a single pull of the trigger.





## **CONCLUSION**

17.     Drug trafficking and illegal firearm possession in furtherance of drug trafficking committed by HSG members and their Randolph affiliates presents a serious threat to the safety of the Brockton and Randolph communities. HSG leaders, members, and associates who are charged in this Court with drug trafficking and/or firearms crimes should be detained pending trial,

as there are no conditions of release that will reasonably assure the safety of the community and their appearance in court. Additional information regarding individual defendants who challenge their pretrial detention will be submitted for the purpose of detention hearings.

Attested to under the pains and penalties of perjury,

_/s/ Matthew Morrissey_____
Matthew Morrissey
Task Force Officer

Dated: February 18, 2026

**Appendix A**



*Diamond-encrusted pendant in the shape "39"*



*Diamond-encrusted ring displaying "H"(left)*
*HSG member wearing "H" ring (right)*



*HSG members posing outside 39 Harvard Street and displaying "H" text symbol with the words "Harvard shit"*





*Harvard insignia found in residences used by HSG members*

**Appendix B**



*HSG members displaying emojis representing firearms, HSG, and silence*



*Social media post boasting about HSG profits in comparison to rival Perkins Avenue gang*

**Appendix C**



*Photos showing HSG member with large stacks of cash*

## Appendix D

















*Photos of guns, drugs, money, and other evidence of drug trafficking seized from HSG members and associates*

**Appendix E**





*Social media photos of HSG members and associates, with numbering added for description of federal case outcomes (on following page)*

1. In custody awaiting trial in federal court

2. Kevin CARDOSO – Sentenced to 188 months in federal prison

3. Giovanni PINA – Sentenced to 138 months in federal prison

4. Allante PIRES – In custody on pending supervised release violation in U.S. District Court for District of Massachusetts

5. Lue ANDRADE – Arrested on December 17, 2025, in connection with the above investigation

6. Felipe JONET-BRANCO – Arrested on February 4, 2026, in connection with the above investigation

7. Aderito AMADO – Sentenced to 384 months in federal prison

NOT PICTURED:

- Terrence PYRTLE – Sentenced to 180 months in federal prison

- Shavon GURLEY – Sentenced to 120 months in federal prison

- Zairi ANDRADE – Sentenced to 96 months in federal prison

- Joshua TAVARES – In custody awaiting sentencing in U.S. District Court for District of Massachusetts

**Appendix F**



*"Stadium" and "redrum" insignia found in Randolph, Brockton and Boston residences during search warrant executions on December 17, 2025*



*Photo of L. ANDRADE wearing shirt bearing "Stadium" insignia (center)
with other HSG members, one of whom is wearing sweatshirt bearing
Banks & Brancos insignia (right)*